**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01751-CV

**UNIVERSITY GENERAL HOSPITAL, L.P., ET AL., Appellants**

**V.**

**REED MIGRAINE CENTERS OF TEXAS, PLLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

We **GRANT** appellants' February 7, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than February 14, 2014.


/s/      ELIZABETH LANG-MIERS
JUSTICE